FILED
June 03, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D27

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| Case Title : | Curt D. Brinson and Merilee G. Brinson | Case No : | 10-20757 – C – 7 |
| | | Date : | 6/1/10 |
| | | Time : | 09:30 |

Matter : [18] – Motion/Application for Relief from Stay [PD-1] Filed by Creditor Wells Fargo Bank, NA (Fee Paid $150) (lars)
[18] – Motion/Application for Adequate Protection [PD-1] Filed by Creditor Wells Fargo Bank, NA (lars)

Judge : Christopher M. Klein
Courtroom Deputy : Teresa Jackson
Reporter : Diamond Reporters
Department : C

APPEARANCES for :
Movant(s) :
None
Respondent(s) :
None

CIVIL MINUTE ORDER

Findings of fact and conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the motion is granted as to the interest of the trustee, and denied as moot as to the interest of the debtor, with respect to the property described in the motion, commonly known as: 2634 North 58th Street, Mesa, AZ. Resolved without oral argument.

Dated: June 02, 2010

_____
United States Bankruptcy Judge